IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ASHLEY N. MYVETT a/k/a ASHLEY N. LIDDELL<br><br>Plaintiff,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY, LLC,[1]<br><br>Defendant. | No. 1:17-cv-08711 |

**UNOPPOSED MOTION FOR ENTRY OF
CONFIDENTIALITY ORDER**

Kraft Heinz Foods Company moves this Court pursuant to Rule 26 of the Federal Rules of Civil Procedure for entry of an agreed upon Confidentiality Agreement and Order ("Confidentiality Order"), a copy of which is attached as Exhibit 1, and in support thereof state as follows:

1. During discovery, the parties and non-parties may be producing confidential, proprietary, non-public, commercially sensitive information, and trade secrets, all of which is defined as Confidential Information under the Confidentiality Order.

2. The entry of the Confidentiality Order will facilitate the exchange of discovery in this matter and the protection of confidential, proprietary information.

3. The motion is unopposed.

WHEREFORE, Kraft Heinz Foods Company respectfully requests that this Court enter the attached agreed upon Confidentiality Order.

---

[1] Plaintiff's complaint names "Kraft Heinz Foods Company, LLC" as the defendant. The proper defendant is Kraft Heinz Foods Company.

Date: October 31, 2018

/s Jonathan Linas
―――――――――――――――
Jonathan Linas (IL 6290055)
jlinas@jonesday.com
Elsa Andrianifahanana (IL 6312263)
eandriani@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Kraft Heinz Foods Company*

.